■ JACOB LEVENTHAL, Respondent, v. FRANCES LEVENTHAL, Appellant, et al., Defendant.— Motion by respondent to dismiss appeal and to vacate stay, denied on condition that appellant shall perfect the appeal and be ready to argue or submit it at the September Term, beginning September 10, 1962; appeal ordered on the calendar for said term. The record and appellant's brief are directed to be filed and served on or before July 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ MINNESOTA MINING & MANUFACTURING COMPANY, Respondent-Appellant, v. TECHNICAL TAPE CORP. et al., Appellants-Respondents, et al., Defendant. — Motion by defendants (appellants) for reargument or for leave to appeal to the Court of Appeals, denied. Cross motion by plaintiff for reargument or for leave to appeal to the Court of Appeals, denied. Motion by plaintiff to dismiss appeal by defendants (appellants) from an order of the Supreme Court, Westchester County, entered November 9, 1961, denied on condition that such appeal be perfected and argued or submitted at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.